No. 09–11574. KPORLOR *v.* HOLDER, ATTORNEY GENERAL. C. A. 4th Cir. Certiorari denied. 

No. 10–103. ARCHSTONE MULTIFAMILY SERIES I TRUST ET AL. *v.* NILES BOLTON ASSOCIATES, INC. C. A. 4th Cir. Certiorari denied. 

No. 10–108. KING ET UX. *v.* PIONEER REGIONAL EDUCATIONAL SERVICE AGENCY. Ct. App. Ga. Certiorari denied. 

No. 10–110. BROWNFIELD *v.* ALABAMA. Sup. Ct. Ala. Certiorari denied. 

No. 10–120. SCHNELLER *v.* FOX SUBACUTE AT CLARA BURKE ET AL. C. A. 3d Cir. Certiorari denied. 

No. 10–125. NATIONAL UROLOGICAL GROUP, INC., ET AL. *v.* FEDERAL TRADE COMMISSION. C. A. 11th Cir. Certiorari denied. 

No. 10–137. FIRST BANK *v.* DJL PROPERTIES, LLC, ET AL. C. A. 7th Cir. Certiorari denied. 

No. 10–145. KEATING ET AL. *v.* FEDERAL ELECTION COMMISSION. C. A. D. C. Cir. Certiorari denied. 

No. 10–148. ESTATE OF SHEPPARD, BY ITS CO-PERSONAL REPRESENTATIVE, McMORROW *v.* SCHLEIS ET AL. Sup. Ct. Wis. Certiorari denied. 

No. 10–157. SPRINT SPECTRUM, L. P., DBA SPRINT PCS *v.* HESSE ET AL. C. A. 9th Cir. Certiorari denied. 

No. 10–158. HUNTZINGER *v.* UNITED STATES. C. A. Armed Forces. Certiorari denied. 

No. 10–178. LOCKETT ET UX. *v.* CITY OF NEW ORLEANS, LOUISIANA, ET AL. C. A. 5th Cir. Certiorari denied. 

No. 10–192. ROSS *v.* PFIZER, INC. C. A. 6th Cir. Certiorari denied.